## Ticherich et al., Appellants, *v.* Westmoreland Construction Company et al.

Before KEIM, J.

Argued November 25, 1975. *John M. Campfield,* with him *Lisle A. Zehner, III, A. C. Scales,* and *Scales and Shaw,* for appellants; *George W. Lamproplos,* with him *Cassidy & Lamproplos,* for appellees.

Order affirmed.